**Order entered April 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01360-CV

### HIGH REV POWER, L.L.C., Appellant

### V.

### MASSIMO MOTOR SPORTS, LLC, AND FREEPORT LOGISTICS, INC., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-07411-D**

## ORDER

The Court **REINSTATES** the appeal.

On November 1, 2013, this Court abated the appeal due to the filing of bankruptcy by appellant. On March 31, 2015, we received a letter from appellant's counsel stating that the bankruptcy proceedings have concluded, and the bankruptcy court entered a final decree. A copy of the February 18, 2015 final decree is attached to the letter. Accordingly, the appeal may now proceed.

At the time the appeal was abated, the clerk's record had been filed. The reporter's record was not filed before abatement. Appellant's docketing statement reflects that Coral Hough is the court reporter who recorded the proceedings. The docketing statement also shows that the record had been requested, but payment arrangements had not yet been made.

Appellant's March 31, 2015 letter does not indicate that payment or satisfactory payment arrangements have been made for the reporter's record.

Accordingly, we **ORDER** court reporter Coral Hough to file, within **FORTY-FIVE DAYS** of the date of this order, either the reporter's record or written verification that appellant has not paid or made satisfactory payment arrangements for the record. *We notify appellant that if we receive verification of non-payment or failure to make satisfactory payment arrangements, we will order the appeal submitted without the reporter's record.* See TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Coral Hough, court reporter, and to counsel for all parties.


/s/      ELIZABETH LANG-MIERS
         JUSTICE